1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  MAUREEN C. BESSETTE (NYSBN 2468254)
   Assistant United States Attorney
5    1301 Clay Street, Suite 340S
     Oakland, CA, 94612
6    Telephone: (510) 637-3691
     Facsimile:  (510) 637-3724
7    E-mail: maureen.bessette@usdoj.gov

8  Attorneys for United States of America

**FILED**

DEC 2 4 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         v.<br><br>WILLIE WILCOX,<br><br>                Defendant. | No. CR09-00789WDB<br><br>STIPULATION ADDING ONE YEAR PROBATION TO SENTENCE |

The above-captioned matter was on for sentencing before the Honorable Timothy J. Bommer on December 10, 2009 at 10:00 a.m.  The Court sentenced the defendant to one year probation but had intended to sentence the defendant to two years probation.  The parties agree and stipulate that the Court would so sentence the defendant if the parties reappeared before the Court.  The defendant expressly waives any right he has to appear before the Court, solely to increase his sentence by one year to two years probation.  Thus, the parties agree that the

///
///
///
///

STIPULATION

defendant will serve two years probation as intended by this Court.

DATED: 12/24/09     for MAUREEN C. BESSETTE
Assistant U.S. Attorney

DATED:     /s/ Etan E. Rosen
ETAN ROSEN, ESQ.
Attorney for Willie Wilcox

SO ORDERED.

12/24/09     The Honorable Timothy J. Bommer
United States Magistrate Judge

STIPULATION     2